UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS G. SANCHEZ,<br><br>               Petitioner,<br><br>     v.<br><br>S. FRAUENHEIM,<br><br>               Respondent. | No.  1:15-cv-01756-DAD-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION WITH LEAVE TO AMEND<br><br>(Doc. No. 7) |

Petitioner is a state prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court referred the matter to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On December 30, 2015, the assigned magistrate judge filed findings and recommendation recommending that the petition be dismissed for failure to state a cognizable claim for habeas relief with leave to amend granted.  (Doc. No. 7.)  Specifically, the assigned magistrate judge recommended that petitioner be given an opportunity to amend in order to reorganize his petition and to present more specific and detailed claims and supporting allegations.  (Doc. No. 7, at 2–3.)  The findings and recommendations provided that any objections thereto could be served within thirty days.  Petitioner filed no objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file de novo, the court finds that the findings and recommendations are supported by the

1

record and proper analysis.

For the reasons set forth above:

1.) The findings and recommendation (Doc. No. 7), filed December 30, 2015, is ADOPTED in full.

2.) Within thirty (30) days from the date of service of this order, petitioner may file an amended petition in which he reorganizes his claims, expresses his claims briefly but clearly, and provides sufficient factual and legal support to enable the court and the respondent to understand the nature of each claim as directed by the assigned magistrate judge.

3.) Petitioner is advised that an amended petition supersedes his original petition and must be "complete in itself without reference to the prior or superseded pleading." L.R. 15-220.

4) The clerk of the court is directed to serve petitioner with this order and a new form of petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

5.) Petitioner is forewarned that if he fails to file an amended petition within thirty (30) days of service of this order, this habeas action may be dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **March 7, 2016**                             /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE

2