# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARLOS GARCIA SANCHEZ,

        Petitioner,

  v.

S. FRAUENHEIM,

        Respondent.

Case No. 1:15-cv-01756-DAD-SKO  HC

ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THE PETITION FOR FAILURE TO PROSECUTE

(Doc. 9)

Petitioner, Carlos Garcia Sanchez, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

On December 30, 2015, the undersigned issued findings and recommendation in which she recommended that the Court dismiss the petition to permit Petitioner to address the lack of organization of his petition and to present more detailed and specific claims.  Doc. 7.  On March 8, 2018, the Court adopted the findings and recommendations, and dismissed the petition with leave to amend within 30 days.  Doc. 8.  Petitioner did not file an amended petition within 30 days.  As a result, on April 19, 2016, the undersigned recommended that the Court dismiss the petition for failure to prosecute.  Doc. 9.  The findings and recommendations provided that the undersigned would withdraw the recommendation if Petitioner filed an amended petition within 30 days. Petitioner did so, filing an amended petition on May 12, 2016.  Doc. 10.

Accordingly, the undersigned hereby WITHDRAWS the findings and recommendations filed April 19, 2016.

IT IS SO ORDERED.

Dated:   **May 16, 2016**                    /s/ *Sheila K. Oberto*

                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28